UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HENDERSON BUTLER,       )
                        )
        Plaintiff,      )
                        )
v.                      )   Civil Action No. 04-10761-RWZ
                        )
UNITED STATES OF AMERICA, )
                        )
        Defendant.      )

## UNITED STATES OF AMERICA'S MOTION TO DISMISS

The United States of America, the proper party in the case, hereby moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1). As set forth more fully in the Memorandum of Law submitted herewith, this court lacks jurisdiction over this action due to plaintiff's failure to adhere to the statute of limitations requirements of 28 U.S.C. §2401(b). Specifically, plaintiff's failure to file suit against the United States in this Court within six (6) months of the administrative denial of his claim bars this suit.

WHEREFORE, the United States respectfully requests that this Court allow its motion to dismiss.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *(signature)*
Jeremy M. Sternberg
Assistant United States Attorney
J. Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone:   (617) 748-3142

Dated: 5-3-04

Local Rule 7.1 Certification

Undersigned counsel hereby certifies that he conferred with counsel for plaintiff in an unsuccessful effort to narrow or resolve the issues raised by this motion, including providing counsel for plaintiff with a draft (on 4/22/04) of the Memorandum of Law filed herewith.

*(signature)*
Jeremy M. Sternberg
Assistant U.S. Attorney

Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each. Other party by mail/hand on _____

5-3-04        *(signature)*
DATE          Assistant U.S. Attorney