UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>HENDERSON BUTLER</u>
         **Plaintiff**

    **V.**

<u>UNITED STATES OF AMERICA</u>
         **Defendant**

**CIVIL ACTION**

**NO. <u>04-10761-RWZ</u>**

## <u>JUDGMENT</u>

<u>ZOBEL, D. J.</u>

In accordance with the ENDORSED ORDER entered 6/14/04;

JUDGMENT is entered DISMISSING the Complaint.

         By the Court,

<u>6/15/04</u>         <u>s/ Lisa A. Urso</u>
  Date        Deputy Clerk